IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLINTON JAMES PEARSON, JR.,          )
#155536,                             )
                                     )
          Petitioner,                )
                                     )
     v.                              )          CIVIL ACTION NO. 2:10cv526-ID
                                     )
GRANT CULLIVER, et al.,              )
                                     )
          Respondents.               )

**ORDER AND OPINION**

On July 15, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.     The 28 U.S.C. 2254 petition for habeas corpus relief filed by petitioner on June 18, 2010 is DENIED.

2.     This cause of action is DISMISSED in accordance with the provisions of 28 U.S.C. § 2244(b)(3)(A) as petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

Done this the 5th day of August, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE